In the Matter of the Appointment of WILLIAM J. WALSH, ESQ. as a Member of the Ninth Judicial District Committee on Character and Fitness of Applicants for Admission to the Bar.—

998

Beldock, P. J., Christ, Brennan, Rabin, Hopkins, Benjamin and Munder, JJ., concur.